United States District Court

Eastern District of California

Jim Dean Wolfenbarger,

       Plaintiff,                    No. Civ. S 03-2417 MCE PAN P

  vs.                               Order

Virginia Black, et al.,

       Defendants.

                           -oOo-

    Plaintiff is a state prisoner without counsel seeking to commence a civil rights action.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    The May 27, 2005, amended complaint states cognizable claims for relief against defendants Black, Downs, Houston, Hobart, Weber, Chandless, Parker, Rodriguez, Yang and Yuba County Board of Supervisors pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

1  Accordingly, the court hereby orders that:

2  1.  Plaintiff's request for leave to proceed in forma
3 pauperis is granted.

4  2.  Service is appropriate for defendants Black, Downs,
5 Houston, Hobart, Weber, Chandless, Parker, Rodriguez, Yang and
6 Yuba County Board of Supervisors.

7  3.  The Clerk of the Court shall send plaintiff ten USM-285
8 forms, one summons, an instruction sheet and one copy of the May
9 27, 2005, amended complaint.

10  4.  Within 30 days from service of this order, plaintiff
11 shall complete the attached Notice of Submission of Documents and
12 submit it to the court with the completed summons and USM-285
13 forms and 11 copies of the May 27, 2005, amended complaint.

14  5.  Upon receipt of the necessary materials, the court will
15 direct the United States Marshal to serve defendants Black,
16 Downs, Houston, Hobart, Weber, Chandless, Parker, Rodriguez, Yang
17 and Yuba County Board of Supervisors pursuant to Federal Rule of
18 Civil Procedure 4 without payment of costs.

19  Dated:  June 7, 2005.

            /s/ Peter A. Nowinski
            PETER A. NOWINSKI
            Magistrate Judge

|   |   |
|---|---|
|   | United States District Court |
|   | Eastern District of California |

Jim Dean Wolfenbarger,

      Plaintiff,           No. Civ. S 03-2417 MCE PAN P

  vs.                  Notice of Submission of Documents

Virginia Black, et al.,

      Defendants.

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                            Amended Complaint

Dated: _____

                              _____
                              Plaintiff