United States District Court

Eastern District of California

Jim Dean Wolfenbarger,

      Plaintiff,                No. Civ. S 03-2417 MCE PAN P

  vs.                     Order

Virginia Black, et al.,

      Defendants.

-oOo-

October 13, 2005, plaintiff requested an extension to oppose defendants' motion to dismiss.  Good cause appearing, his request is granted and time is extended to 30 days from service of this order.

So ordered.

Dated:  October 18, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge