IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM DEAN WOLFENBARGER,

    Plaintiff,                      No. CIV S-03-2417 MCE PAN P

    vs.

VIRGINIA BLACK, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed June 8, 2005, the court found that plaintiff's first amended complaint stated cognizable claims for relief against defendants Black, Downs, Houston, Hobart, Weber, Chandless, Parker, Rodriguez, Yang and Yuba County Board of Supervisors and plaintiff was directed to return documents necessary for service of process. Plaintiff complied timely with the June 8, 2005 order and on July 15, 2005, the United States Marshal was directed to serve process on said defendants.

        On August 18, 2005, plaintiff filed a motion for leave to file a second amended complaint, together with a proposed second amended complaint.[1] On August 26, 2005, service

---

[1] On September 8, 2005, plaintiff filed a motion for leave to supplement the proposed second amended complaint with page 26 thereof, which was omitted from the proposed second amended complaint submitted on August 18, 2005. Good cause appearing, plaintiff's September 8, 2005 motion will be granted and the Clerk of the Court will be directed to add page 26 to the

1

was returned unexecuted for defendant Rodriguez because said defendant was not employed at the Yuba County Jail facility.  On September 26, 2005, defendants Black, Downs, Houston, Hobart, Weber, Chandless, Parker, Yang and Yuba County Board of Supervisors filed a motion to dismiss the first amended complaint.

The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against all defendants named therein.  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

Good cause appearing, plaintiff will be directed to return forms necessary for service of process on five new defendants named in the second amended complaint.  Plaintiff must also provide additional information to serve defendant Rodriguez.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Defendants Black, Downs, Chandless, Parker, Rodriguez, Yang, Houston, Hobart, Weber, and the Yuba County Board of Supervisors will be directed to respond to the second amended complaint within twenty days from the date of this order.  Their motion to dismiss the first amended complaint is mooted by the order granting plaintiff leave to file a second amended complaint.  Said motion will therefore be denied without prejudice to defendants' right to renew some or all of the arguments contained therein in a motion to dismiss the second amended complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's August 18, 2005 motion for leave to file a second amended complaint is granted.

/////

---

proposed second amended complaint.

2. Plaintiff's September 8, 2005 motion for leave to supplement the proposed second amended complaint is granted.

3. The Clerk of the Court is directed to add to plaintiff's second amended complaint page 26 appended to plaintiff's September 8, 2005 motion, said page to be placed between pages 25 and 27 of the second amended complaint.

4. Service is appropriate for the following defendants:  S. Durfor; Sergeant Adams; Sergeant Stemen; Sergeant McPherson; and Joe Cassidy.

5. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed August 18, 2005.

6. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 4 above;

   d. One completed USM-285 form for defendant S. Rodriguez or information in writing why he cannot provide additional information to serve said defendant;

   d. Seven copies of the endorsed second amended complaint filed August 18, 2005.

7. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

8. Defendants Black, Downs, Chandless, Parker, Rodriguez, Yang, Houston,

/////

1 Hobart, Weber, and the Yuba County Board of Supervisors shall respond to respond to the
2 second amended complaint within twenty days from the date of this order.
3     9. Defendants' September 26, 2005 motion to dismiss motion is denied without
4 prejudice to renewal of some or all of the arguments contained therein in a motion to dismiss the
5 second amended complaint.
6 DATED: May 4, 2006.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM DEAN WOLFENBARGER,

     Plaintiff,                  No. CIV S-03-2417 MCE PAN P

     vs.

VIRGINIA BLACK, et al.,          <u>NOTICE OF SUBMISSION</u>

     Defendants.              <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ completed summons form

     _____ completed USM-285 forms

     _____ copies of the _____
                                  Second Amended Complaint

DATED:

                                        _____
                                        Plaintiff