1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIM DEAN WOLFENBARGER,

11          Plaintiff,                    No. CIV S-03-2417 MCE PAN P

12      vs.

13   VIRGINIA BLACK, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief

17   pursuant to 42 U.S.C. § 1983.

18          On June 5, 2006, plaintiff filed a motion for an extension of time to file a reply to

19   defendants' answer, and on June 19, 2006, plaintiff filed a document styled as an opposition to

20   defendant's answer.  Rule 7 of the Federal Rules of Civil Procedure provides as follows:

21          There shall be a complaint and an answer; a reply to a counterclaim
             denominated as such; an answer to a cross-claim, if the answer contains a
22          cross-claim; a third-party complaint, if a person who was not an original
             party is summoned under the provisions of Rule 14; and a third-party
23          answer, if a third-party complaint is served.  No other pleading shall be
             allowed, except that the court may order a reply to an answer or a third-
24          party answer.

25   Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants'

26   answer and declines to make such an order.

                                          1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's June 5, 2006 motion for

2  an extension of time is denied and plaintiff's June 19, 2006 opposition to defendant's answer

3  shall be disregarded.

4  DATED: July 27, 2006.

5

6    _____
      UNITED STATES MAGISTRATE JUDGE

7

8    12
     wolf2417.77e

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26