IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM DEAN WOLFENBARGER,

    Plaintiff,                                No. CIV S-03-2417 MCE PAN P

    vs.

VIRGINIA BLACK, et al.,

    Defendants.                           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On May 30, 2006, plaintiff filed a document styled "Motion for Judicial Intervention," by which he seeks a court order requiring defendants to provide additional information to aid in service of process on defendant S. Rodriguez. On July 17, 2006, plaintiff filed notice of defendant Rodriguez' current address. On July 20, 2006, defendants filed a response to the motion accompanied by evidence that they have, in response to a discovery request propounded by plaintiff, provided such additional information. Plaintiff's motion is moot and will therefore be denied. Plaintiff will be given thirty days to complete and return the forms necessary for service of process on defendant S. Rodriguez.

        On July 11, 2006, plaintiff filed a motion for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent

1

indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

Finally, on August 3, 2006, plaintiff filed a document styled as a motion for a protective order, by which he seeks an order requiring officials at Atascadero State Hospital (ASH) to allow him to maintain at ASH all legal material related to the instant action notwithstanding regulations limiting the amount of property a civil detainee may keep at ASH. Good cause appearing, defendants will be directed to file a response to this motion. In connection with preparation of said response, defendants shall make all reasonable inquiries of appropriate officials at ASH concerning the status of plaintiff's access to his legal material related to this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 30, 2006 motion for judicial intervention is denied.

2. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed August 18, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant S. Rodriguez;

    b. Two copies of the endorsed second amended complaint filed August 18, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

    4. Plaintiff's July 11, 2006 motion for appointment of counsel is denied.

    5. Within twenty days from the date of this order defendants shall file and serve a response to plaintiff's August 3, 2006 motion concerning his access to his legal material at ASH.

DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
wolf2417.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM DEAN WOLFENBARGER,

   Plaintiff,        No. CIV S-03-2417 MCE PAN P

 vs.

VIRGINIA BLACK, et al.,     <u>NOTICE OF SUBMISSION</u>

   Defendants.       <u>OF DOCUMENTS</u>

_____/

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

  _____  completed summons form

  _____  completed USM-285 form

  _____  copies of the _____
          Second Amended Complaint

DATED:

              _____
              Plaintiff