IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM DEAN WOLFENBARGER,

    Plaintiff,                    No. CIV S-03-2417 MCE EFB P

    vs.

VIRGINIA BLACK, et al.,

    Defendants.           ORDER

_____/

       On December 18, 2006, plaintiff filed a request for reconsideration of the court's order filed August 22, 2006, denying his request for appointment of counsel. Local Rule 72-303(b) provides that "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought . . . within ten (10) court days." Plaintiff's motion was filed five months after the order denying counsel. Accordingly, it is untimely and the request for reconsideration is denied.

       Although untimely as a request for reconsideration, the court construes the December 18, 2006, filing as a renewed request for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v.*

1

1 *Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  Even considering the additional showing
2 made in plaintiff's December 18, 2006, filing, the court does not find the required *exceptional*
3 circumstances.
4     Plaintiff's December 18, 2006, motion for reconsideration, construed as a renewed
5 request for the appointment of counsel, is denied.
6 DATED: February 5, 2007.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE