IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM DEAN WOLFENBARGER,                         No. 2:03-cv-2417-MCE-EFB-P

    Plaintiff,

  v.                                                                      ORDER

VIRGINIA BLACK, et al.,

    Defendants.
_____/

      Plaintiff is proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2006, plaintiff filed a motion for a protective order, which the court construes as a motion for a preliminary injunction. Plaintiff's motion seeks an order enjoining staff at Atascadero State Hospital, where plaintiff is housed, from denying him the possession and storage of legal materials he alleges are necessary to prosecute his action and thereby frustrating his access to the courts.

      Plaintiff has the burden of demonstrating either probable success on the merits of his claims and the possibility of irreparable injury, or serious questions regarding the merits and a balance of hardships tipping sharply in his favor. <u>Miss Universe, Inc v. Flesher</u>, 605 F.2d 1130, 1134 (9th Cir. 1970).

1  Here, plaintiff has failed to meet his burden under either test.  Indeed, the allegations in support
2  of his motion are unrelated to the claims in the complaint.  Moreover, he seeks to enjoin persons
3  who are not parties to this action and had nothing to do with the allegations in the complaint,
4  which pertains to plaintiff's detention at the Yuba County, California, jail.  The complaint makes
5  no allegations as to the persons he seeks to enjoin by this motion, nor does it include allegations
6  as to his confinement at Atascadero State Hospital.  Nothing he submitted in support of the
7  motion demonstrates a likelihood of success on the complaint, or even raises serious questions as
8  to the merits of the complaint.

9  Moreover, only parties or non-parties with notice who are shown to be in active concert
10 or participation with defendants may be enjoined under Federal Rule of Civil Procedure 65.
11 Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).  None of the staff at
12 Atascadero State Hospital are parties to the instant suit and plaintiff makes no showing that they
13 have acted in concert or participated with defendants to violate plaintiff's rights. Plaintiff is not
14 entitled to a preliminary injunction against Atascadero State Hospital staff.

15 For these reasons, plaintiff's August 3, 2006, motion, styled as a "motion for protective
16 order" and construed as a motion for a preliminary injunction, is denied.

Dated:  March 26, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2