IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM DEAN WOLFENBARGER,

    Plaintiff,                      No. CIV S-03-2417 MCE EFB P

    vs.

VIRGINIA BLACK, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve a reply to defendants' opposition to plaintiff's May 18, 2007 motion to enjoin new parties and modify scheduling order and file and serve an opposition to defendants' May 29, 2007, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's June 14, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve a reply to defendants' opposition to plaintiff's May 18, 2007 motion to enjoin new parties and modify scheduling order and file and serve an opposition to defendants' May 29, 2007, motion for summary judgment.

    So ordered.

Dated: July 9, 2007.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE