IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM DEAN WOLFENBARGER,

      Plaintiff,                      No. CIV S-03-2417 MCE EFB P

    vs.

VIRGINIA BLACK, SHERIFF, et al.,

      Defendants.         ORDER

_____/

      Plaintiff is a state prisoner prosecuting this civil rights action without counsel. On September 29, 2006, the following modified schedule was established. Plaintiff's pretrial statement is due August 10, 2007, defendants' pretrial statement is due August 24, 2007, pretrial conference is set for October 19, 2007, and trial is set for December 3, 2007. However, defendants' motion for summary judgment is currently pending and it may moot, or require alteration of that schedule. Accordingly, the above dates are vacated and, if warranted, new dates will be set following the resolution of the pending motion for summary judgment.

      So ordered.

Dated: August 27, 2007.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE